HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MICHAEL PETRIK, Bar #177913
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
GENE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br> GENE HARRIS,                          )<br>                                      )<br>            Defendant.                )<br>_____) | NO. Cr.S-13-139-MCE<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  June 27, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MICHAEL PETRIK, attorney for GENE HARRIS, that the status conference hearing date of May 30, 2013 be vacated, and the matter be set for status conference on June 27, 2013 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 27, 2013 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  May 28, 2013.                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender


                                         /s/ Michael Petrik
                                         MICHAEL PETRIK
                                         Designated Counsel for Service
                                         Attorney for GENE HARRIS

DATED:  May 28, 2013.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Michael Petrik for
                                         KYLE REARDON
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 30, 2013, status conference hearing be continued to June 27, 2013, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  It is ordered that time up to and including the June 27, 2013 status
2  conference shall be excluded from computation of time within which the
3  trial of this matter must be commenced under the Speedy Trial Act
4  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
5  to allow defense counsel reasonable time to prepare.
6      IT IS SO ORDERED.
7  Date: May 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT