1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, #177913
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 2:13-cr-0139 MCE
                                    )
11                    Plaintiff,    )
                                    ) STIPULATION AND ORDER
12      v.                          ) TO CONTINUE STATUS CONFERENCE
                                    )
13 GENE HARRIS,                     ) Date:  June 27, 2013
                                    ) Time:  9:00 a.m.
14                    Defendant.    ) Judge: Hon. Morrison C. England Jr.
   _____ )
15

16

17      THE PARTIES STIPULATE through their respective counsel that the

18 Court should vacate the status conference on June 27, 2013, and reset

19 it on July 18, 2013, at 9:00 a.m.

20      Counsel requires additional time to review discovery with the

21 defendant, and to negotiate with the government.

22      The parties further stipulate that the Court should exclude the

23 period from June 27, 2013, through July 18, 2013, when it computes the

24 time within which the trial of the above criminal prosecution must

25 commence for purposes of the Speedy Trial Act.  The parties stipulate

26 that the ends of justice served by granting defendant's request for a

27

28 Stipulation And [Proposed] Order         1                    13-139 MCE

1  continuance outweigh the best interest of the public and the defendant

2  in a speedy trial, and that this is an appropriate exclusion of time

3  for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)

4  (Local Code T4).

5  Dated: June 27, 2013          Respectfully submitted,

6                                HEATHER E. WILLIAMS
                                  Federal Defender
7
                                  /s/ M.Petrik
8                                 _____

9                                 MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
10

11 Dated: June 27, 2013          BENJAMIN B. WAGNER
                                  United States Attorney
12
                                  /s/ M.Petrik for
13                                _____

14                                KYLE REARDON
                                  Assistant U.S. Attorney
15

16                                    **ORDER**

17      in accordance with the foregoing stipulation, the Court orders the

   status conference continued to July 18, 2013, at 9:00 a.m.  The Court
18
   orders time excluded from June 27, 2013, through the status conference
19
   on July 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).
20
   For the reasons stated above, the Court finds that the ends of justice
21
   served by granting defendant's request for a continuance outweigh the
22
   best interest of the public and defendant in a speedy trial.
23
24      IT IS SO ORDERED.

25 Date: July 01, 2013

26                                _____

27                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT
28