HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, #177913
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-cr-00139 MCE |
|---|---|
|                           Plaintiff, | ) STIPULATION AND ORDER |
|    | ) TO CONTINUE STATUS CONFERENCE TO |
| v. | ) AUGUST 22, 2013, AT 9:00 A.M. |
| GENE HARRIS, | ) Date:  July 18, 2013 |
|   | ) Time:  9:00 a.m. |
|                           Defendant. | ) Judge: Hon. Morrison C. England Jr. |
| _____ ) | |

THE PARTIES STIPULATE through their respective counsel that the Court should vacate the status conference on July 18, 2013, and reset it on August 22, 2013, at 9:00 a.m.

Counsel requires additional time to review discovery with the defendant, and to negotiate with the government.  Counsel also requires time to confer with Mr. Harris about a proposed plea agreement.

The parties further stipulate that the Court should exclude the period from July 18, 2013, through August 22, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's request for a

Stipulation And Order                          1                           13-139 MCE

continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(Local Code T4).

Dated: July 16, 2013          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: July 16, 2013          BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
KYLE REARDON
Assistant U.S. Attorney

1 **ORDER**

2   Pursuant to the parties' stipulation and good cause shown, **IT IS**
3 **SO ORDERED.** The status conference, currently set for July 18, 2013, is
4 hereby **continued to August 22, 2013, at 9:00 a.m.** in Courtroom 7.  The
5 time period between July 18, 2013, and August 22, 2013, is hereby
6 excluded pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For the
7 reasons stated above, the Court finds that the ends of justice served
8 by granting defendant's request for a continuance outweigh the best
9 interest of the public and defendant in a speedy trial.
10 Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT